# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Keith Adams, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:15-cv-00368-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 25, 2016 Order.

August 25, 2016

_____
Frank G. Johns, Clerk
United States District Court